## First District.

Stanley D. Tilney, appellee, v. Village of LaGrange Park et al., appellants. Gen. No. 39,676.

Heard in the second division of this court for the first district at the October term, 1937. Opinion filed October 18, 1938. Rehearing denied November 1, 1938.

Stevens & Carrier, for appellants; George M. Stevens and George M. Stevens, Jr., of counsel. Weightstill Woods, for appellee.

Mr. Presiding Justice Friend delivered the opinion of the court.

Shell Petroleum Corporation, appellee, v. Nathan R. Feldman et al., appellants. Gen. No. 40,077.

Heard in the second division of this court for the first district at the April term, 1938. Opinion filed October 18, 1938.

William Feldman, for appellants. Ralph E. Brown, for appellee.

Mr. Presiding Justice Friend delivered the opinion of the court.

George S. Gragg, appellee, v. Primo Pasqualini, appellant. Gen. No. 40,114.

Heard in the second division of this court for the first district at the June term, 1938. Opinion filed October 18, 1938.

Beverly & Klaskin, for appellant; Samuel T. Klaskin, of counsel. Thompson, Chambers & Thompson and Charles C. Spencer, for appellee.

Mr. Presiding Justice Friend delivered the opinion of the court.